UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

(1) PEDRO MIGUEL RAVELO GUZMAN,
(2) JACOB D. KING,
(3) RILEY J. PALETTA,
(4) AMANDA E. CAMERA a/k/a Amanda E. Douglass,
(5) BENJAMIN M. FIELDS,
(6) JOHN N. TITUS,
(7) CHRISTIAN F. GERLACH,
(8) MOSES J. LOSUK,
(9) TIMOTHY E. BOSTON a/k/a Timothy Earl Boston II,
(10) ROBERT A. ARRINGTON,
(11) ROBERT W. WHITESIDE JR.,
(12) WILLIAM L. WHEELOCK, and
(13) ALEXANDER L. WILSON,

Defendants.

No. 24-CR-34-JL-01/13

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

**[21 U.S.C. §§ 841(a)(1), (b)(1)(C), & 846—Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances]**

Beginning on a date no later than April 1, 2023 and continuing to on or about April 30, 2024, in the District of New Hampshire and elsewhere, the defendants,

PEDRO MIGUEL RAVELO GUZMAN,
JACOB D. KING,
RILEY J. PALETTA,
AMANDA E. CAMERA a/k/a Amanda E. Douglass,
BENJAMIN M. FIELDS,
JOHN N. TITUS,
CHRISTIAN F. GERLACH,
MOSES J. LOSUK,
TIMOTHY E. BOSTON a/k/a Timothy Earl Boston II,
ROBERT A. ARRINGTON,

ROBERT W. WHITESIDE JR.,
WILLIAM L. WHEELOCK, and
ALEXANDER L. WILSON

knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute controlled substances, specifically fentanyl, methamphetamine and cocaine, Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

The conduct of JACOB D. KING as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The conduct of AMANDA E. CAMERA a/k/a Amanda E. Douglass as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

The conduct of BENJAMIN M. FIELDS as a member of the conspiracy charged above, which included the reasonably foreseeable conduct of other members of the conspiracy, involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction of the offense alleged in Count One of this Superseding Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offense.

A TRUE BILL

Dated: November 6, 2024

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: /s/ Cesar A. Vega
Cesar A. Vega
Assistant United States Attorney